# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES EUGENE YATES                                                                    PLAINTIFF

V.                              3:11CV00301 JLH/JTR

MIKE ALLEN,
Sheriff of Crittenden County, et al.                                              DEFENDANTS

## ORDER

Plaintiff, James Eugene Yates, has filed a Second Motion for Appointment of Counsel. *See* docket entry #10. On January 15, 2012, the Court denied Plaintiff's first Motion for Appointment of Counsel. *See* docket entry #6. Plaintiff has not set forth a sufficient basis for the Court to reconsider that ruling.

IT IS THEREFORE ORDERED THAT Plaintiff's Second Motion for Appointment of Counsel (docket entry #10) is DENIED.

Dated this 24th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE