# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES EUGENE YATES                                                                    PLAINTIFF

V.                              No. 3:11CV00301 JLH/JTR

MIKE ALLEN, Sheriff of
Crittenden County, et al.                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE due to Plaintiff's failure to comply with the Court's January 5, 2012 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 6th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE